UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:22-cv-08769-VBF-JC <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the January 31, 2024 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

IT IS HEREBY ORDERED that (1) Defendant's Objections to the Report and Recommendation are overruled; (2) the the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for

///

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

1 | further administrative action consistent with the Report and Recommendation; and
2 | (3) Judgment be entered accordingly.
3 |     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
4 | the Judgment on counsel for plaintiff and defendant.

6 | DATED: April 3, 2024

*[signature: Valerie Baker Fairbank]*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

2